UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLOSED CIVIL CASE**

Case No. 10-21936-CIV-GRAHAM/WHITE

CURTIS EDWARD HOFFMAN

    Plaintiff,

vs.

CHARLIE CRIST, et.al.

    Defendants.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's <u>pro se</u> Complaint.

United States Magistrate Judge Patrick A. White reviewed the Complaint for an initial screening pursuant to 28 U.S.C. § 1915. The Magistrate Judge issued a Report recommending the Plaintiff's application to proceed in forma pauperis be denied and that Complaint be dismissed without prejudice. Plaintiff has not filed timely objections to the report. Plaintiff has, however, filed a notice with the Court indicating that he has filed other cases reporting greivances.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 6] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Application to Proceed In Forma Pauperis [D.E. 4] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED without prejudice** to plaintiff to file a new complaint accompanied by payment of the full filing fee. It is further,

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of July, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    Counsel of Record
    Curtis Hoffman, pro se